THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jesse G. Burrage, Appellant.
 
 
 

Appeal From Oconee County
 Alexander S. Macaulay, Circuit Court 
 Judge

 Unpublished Opinion No. 2004-UP-089
Submitted December 23, 2003  Filed February 13, 2004

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Claire, of 
 S.C. Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Charles 
 H. Richardson, all of Columbia; and Solicitor Druanne D. White, of Anderson, 
 for Respondent.
 
 
 

PER CURIAM: Jesse G. Burrage appeals from 
 his conviction and sentence for first-degree criminal sexual conduct with a 
 minor.  Appellate counsel filed a brief accompanied by a petition to be relieved.  
 Burrage filed no pro se response brief.  After a thorough review 
 of the record on appeal pursuant to Anders v. California 
 [1] and State v. Williams, [2] we grant counsels petition and 
 dismiss the appeal.
APPEAL DISMISSED. 
 [3] 
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
 
 [1]   386 U.S. 738 (1967).

 
 
 [2]   305 S.C. 116, 406 S.E.2d 357 (1991).

 
 [3] We decide this case without 
 oral argument pursuant to Rule 215, SCACR.